1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States



**FILED**

JUN 26 2013



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2003 MERCEDES BENZ E55 AMG, VIN: WDBUF76J73A280733, LICENSE NUMBER 5EQB640,<br><br>Defendant. | 2:13-CV-01274-GEB-CKD<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on June 24, 2013, in the United States District Court for the Eastern District of California, alleging that the defendant 2003 Mercedes Benz E55 AMG, VIN: WDBUF76J73A280733, License Number 5EQB640 (hereafter "defendant vehicle") is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2323 for one or more violations of 18 U.S.C. § 2318;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Federal Bureau of Investigation Special Agent John W. Ogden, there is probable cause to believe that the defendant vehicle so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

1  Actions;

2  IT IS HEREBY ORDERED that the Clerk for the United States District Court,
3  Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the
4  defendant vehicle.
5  Dated: 6-25-13

*[signature]*
EDMUND F. BRENNAN
United States Magistrate Judge