BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-01274-GEB-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON PETITION FOR RELEASE OF SEIZED VEHICLE** |
| v. | |
| 2003 MERCEDES BENZ E55 AMG, VIN: WDBUF76J73A280733, LICENSE NUMBER: 5EQB640, | Old Date:  August 26, 2013 at 9:00 a.m. |
| Defendant. | New Date: September 9, 2013 at 9:00 a.m. |

Claimant Matthew Sean Roberts and the United States of America, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the claimant's Petition for Release of Seized Vehicle, currently set for August 26, 2013, be continued until September 9, 2013, due to the unavailability of counsel.

WHEREFORE, based on the foregoing, and for good cause shown, Claimant

///

///

///

Matthew Sean Roberts and the United States hereby stipulate that the hearing on the Petition for Release of Seized Vehicle be continued from August 26, 2013, to September 9, 2013.

DATED: 8/5/13         BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATED: 8/5/13         /s/ Michael J. Aye
MICHAEL J. AYE
Attorney for Claimant
MATTHEW SEAN ROBERTS

(Signature authorized by email)

## ORDER

**IT IS SO ORDERED**.

Dated: August 7, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge