MICHAEL J. AYE, SBN 96288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2282
(916) 447-1278

Attorney For Matthew Sean Roberts

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>-vs- )<br>)<br>2003 MERCEDES BENZ E55 AMG, VIN: )<br>WDBUF76J73A280733, LICENSE )<br>NUMBER: 5EQB640, )<br>)<br>        Defendant. )<br>_____ )<br>)<br>MATTHEW SEAN ROBERTS, )<br>)<br>        CLAIMANT. )<br>_____ ) | 2:13-CV-01274-GEB-CKD<br><br>STIPULATION AND PROPOSED<br>ORDER TO STAY FORFEITURE<br>PROCEEDINGS PENDING<br>RESOLUTION OF CRIMINAL<br>CASE 2:13-cr-00061-GEB-1 |

    It is hereby stipulated and agreed by the parties that this case is appropriate for the court to issue a stay pursuant to Title 18 USC § 981(g)(2).

    Therefore the United States and Claimant request and agree that this court issue a stay of these proceedings. This stay shall not affect the courts ability to issue an order pursuant to 18 USC § 983(f).

    Claimant shall have 15 court days from the lifting of this stay to file a responsive pleading to the above-entitled action should the subject of the above-entitled proceedings not be

disposed of at the conclusion 2:13-cr-00061-GEB-1.

Date: August 1, 2013

/S/ Michael J. Aye
MICHAEL J. AYE, Attorney for
Defendant, Matthew Roberts

Dated: August 1, 2013

BENJAMIN B. WAGNER
United States Attorney


/s/ Kevin Khasigian
KEVIN KHASIGIAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   August 7, 2013

GARLAND E. BURRELL, JR.
Senior United States District
Judge

2